IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABAESU BEY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| GERALD ROZUM, et al. | : | NO. 13-325 |
| Respondents. | : | |

## ORDER TO SHOW CAUSE

**AND NOW**, this 11th day of June, 2015, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Petitioner shall **SHOW CAUSE** in writing on or before July 13, 2015 why the undersigned should not recommend that his habeas petition be dismissed as untimely.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE